IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN ALEXANDER

v.                                    NO.   11-CV-401

NCO FINANCIAL SYSTEMS, INC.

FILED
MAY 09 2011

JUDGMENT                    MICHAEL E. KUNZ, Clerk
                            By_____Dep. Clerk

BEFORE SLOMSKY, J.

    AND NOW, to wit, this 30th day of March, 2011, It is ORDERED that in accordance with the Acceptance of Offer and enty of Judgment filed by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendant in the sum of $1,000.00 together with reasonable costs and attorney fees accrued.

BY THE COURT:

ATTEST:

*[signature]*
Deputy Clerk

judg