IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN ALEXANDER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 11-401 |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 16th day of June 2011, upon consideration of Plaintiff's Petition for Attorney's Fees (Doc. No. 5) and Defendant's Brief in Opposition (Doc. No. 6), and for the reasons stated in this Court's Opinion, dated June 16, 2011, Plaintiff's Motion (Doc. No. 5) is GRANTED in the amount $3,112.80.

BY THE COURT

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.